# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 752 |
| | : | |
| REAPPOINTMENT TO JUVENILE | : | SUPREME COURT RULES |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of November, 2017, Cheryl A. Sobeski-Reedy, Esquire, Luzerne County, is hereby reappointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years, commencing February 1, 2018.